# DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| JOSE A. RODRIGUEZ CRUZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. 2016-0020 |
| ) | |
| MAXWELL BRYAN, JONATHAN ) | |
| SANTIAGO, VICTOR GRAHAM, ) | |
| DIANE PROSPER, GOLDEN GROVE ) | |
| CORRECTIONAL FACILITY, and ) | |
| GOVERNMENT OF THE U.S. VIRGIN ) | |
| ISLANDS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Appearances:**
**Jose A. Rodriguez Cruz**
St. Croix, U.S.V.I.
    *Pro Se*

**Lashanda J Willis, Esq.**
St. Thomas, U.S.V.I.
    *For Defendant Maxwell Bryan*

**Christopher M. Timmons, Esq.**
St. Croix, U.S.V.I.
    *For Defendants Jonathan Santiago, Victor Graham, Diane Prosper, Golden Grove Correctional Facility, and Government of the U.S. Virgin Islands*

## ORDER

**UPON CONSIDERATION** of Plaintiff Jose A. Rodriguez Cruz's ("Plaintiff") failure to file a response to Defendants Jonathan Santiago, Victor Graham, and Diane Prosper's "Motion for Summary Judgment" (Dkt. No. 173); Plaintiff's failure to file a response to Defendant Maxwell Bryan's "Summary Judgment Motion" (Dkt. No. 175); and the lack of a response to the Report and Recommendation ("R&R") by Magistrate Judge Emile A. Henderson III (Dkt. No. 176), which

recommends the dismissal of certain claims, and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Plaintiff's claims against all Defendants are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute; and it is further

**ORDERED** that Magistrate Judge Emile A. Henderson III's Report and Recommendation ("R&R") (Dkt. No. 176) is **REJECTED AS MOOT**; and it is further

**ORDERED** that Defendants Government of the U.S. Virgin Islands, Golden Grove Correctional Facility, Jonathan Santiago and Victor Graham's "Motion to Dismiss" (Dkt. No. 69) is **DENIED AS MOOT**; and it is further

**ORDERED** that Defendants Jonathan Santiago, Victor Graham, and Diane Prosper's "Motion for Summary Judgment" (Dkt. No. 173) is **DENIED AS MOOT**; and it is further

**ORDERED** that Defendant Maxwell Bryan's "Summary Judgment Motion" (Dkt. No. 175) is **DENIED AS MOOT**; and it is further

**ORDERED** that the Clerk of Court is directed to mark this case **CLOSED**.

**SO ORDERED.**

Date: March 31, 2024 _____/s/_____
WILMA A. LEWIS
District Judge